1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB J. SETTLE,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>LAURAL HILL ESCROW SERVICE,<br>INC., MAXINE BEYE,<br><br>                                    Defendants. | CASE NO. 06CV1702-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

        The parties have filed a fully-executed Stipulation Of Dismissal with prejudice in this action.  Dkt No. 8.  The court construes the stipulation as a Joint Motion For Dismissal and accordingly **GRANTS** the motion.  This case is **DISMISSED** in its entirety, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1).

        **IT IS SO ORDERED**.

DATED:  December 8, 2006

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06CV1702